## SECOND DEPARTMENT, MAY, 1980

### (May 1, 1980)

■ In the Matter of REINARDO MARTINEZ, Appellant, v FRANK X. GARGIULO et al., Respondents.—Appeal from an order of the Supreme Court, Kings County, dated March 31, 1980, dismissed, without costs or disbursements. The petitioner-appellant failed to provide a proper record on which the order appealed from could be reviewed. Gulotta, J. P., Cohalan, Margett and O'Connor, JJ., concur.